MARTIN BERNREITHER, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Bernreither* v. *City of New York*, 123 App. Div. 291, affirmed.
(Argued June 11, 1909; decided October 5, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 10, 1908, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence in permitting an accumulation of ice to remain upon the sidewalk of one of its streets.

*Andrew C. Morgan* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* and *Clarence L. Barber* of counsel), for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, upon the ground that the notice of intention to sue required by the act of 1886, and the demand required by the provisions of the city charter are concurrent in their obligations, both being conditions precedent to the right to maintain the action ; no opinion.

Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and CHASE, JJ. Taking no part : HAIGHT, J.